ANDREW J. WAXLER, State Bar No. 113682
GRETCHEN S. CARNER, State Bar No. 132877
WAXLER♦CARNER♦BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310
e-mail: awaxler@wcb-law.com
e-mail: gcarner@wcb-law.com

Attorneys for Plaintiff
MARKEL AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> G.L. ANDERSON INSURANCE SERVICES, INC; GARY L. ANDERSON, an Individual; and DOES 1-20, Inclusive, <br><br> Defendants. | Case No. 2:08-CV-02769-FCD-GGH <br><br> [District Judge Frank C. Damrell Jr.] <br><br> **ORDER CONTINUING PRE-TRIAL CONFERENCE** <br><br> **[Filed concurrently with Stipulation to Continue Pre-Trial Conference]** <br><br> Date: June 4, 2010 <br> Time: 2:00 p.m. <br> Court Room: 2 |

Pursuant to the reasons set forth in the Stipulation filed by Plaintiff Markel American Insurance Company and Defendants G. L. Anderson Insurance Services, Inc. and Gary L. Anderson and good cause appearing therefor.

/ / /

/ / /

---

1

ORDER CONTINUING PRE-TRIAL CONFERENCE

1    **IT IS HEREBY ORDERED** that the Pre-Trial Conference currently set on
2  June 4, 2010 is continued to June 25, 2010 at 2:00 p.m.  The Joint Pre-Trial
3  Conference Statement must be filed on or before June 18, 2010.
4
5  DATED: May 26, 2010
6
7  _____
   FRANK C. DAMRELL, JR.
8  UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
ORDER CONTINUING PRE-TRIAL CONFERENCE