ANDREW J. WAXLER, State Bar No. 113682
GRETCHEN S. CARNER, State Bar No. 132877
SCOTT K. MURCH, State Bar No. 174537
WAXLER♦CARNER♦BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone:  (310) 416-1300
Facsimile:   (310) 416-1310
e-mail:       awaxler@wcb-law.com
e-mail:       gcarner@wcb-law.com
e-mail:       smurch@wcb-law.com

Attorneys for Plaintiff
MARKEL AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>G.L. ANDERSON INSURANCE SERVICES, INC; GARY L. ANDERSON, an Individual; and DOES 1-20, Inclusive,<br><br>            Defendants. | Case No. 2:08-CV-02769-FCD-GGH<br><br>[District Judge Frank C. Damrell Jr.]<br><br>**ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Pursuant to the reasons set forth in the Stipulation to Extend Deadline to file Dispositional Documents filed by Plaintiff Markel American Insurance Company ("MAIC") and Defendants G. L. Anderson Insurance Services, Inc. and Gary L. Anderson (collectively "Anderson") and good cause appearing therefor,

/ / /

1  / / /

2  **IT IS HEREBY ORDERED** that the MAIC and Anderson have until
3  November 22, 2010 to file dispositional documents.  All other aspects of this
4  Court's August 11, 2010 Order (Docket No. 43) remain unchanged.

7  DATED: November 12, 2010

        FRANK C. DAMRELL, JR.
        UNITED STATES DISTRICT JUDGE