1  ANDREW J. WAXLER, State Bar No. 113682
   GRETCHEN S. CARNER, State Bar No. 132877
2  SCOTT K. MURCH, State Bar No. 174537
   WAXLER♦CARNER♦BRODSKY LLP
3  1960 East Grand Avenue, Suite 1210
   El Segundo, California 90245
4  Telephone:   (310) 416-1300
   Facsimile:   (310) 416-1310
5  e-mail:     awaxler@wcb-law.com
   e-mail:     gcarner@wcb-law.com
6  e-mail:     smurch@wcb-law.com

7  Attorneys for Plaintiff
   MARKEL AMERICAN INSURANCE COMPANY
8

9               UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 MARKEL AMERICAN INSURANCE    )   Case No. 2:08-CV-02769-FCD-GGH
   COMPANY,                     )
13                              )   [District Judge Frank C. Damrell Jr.]
              Plaintiff,        )
14                              )   **ORDER EXTENDING DEADLINE**
        vs.                     )   **TO FILE DISPOSITIONAL**
15                              )   **DOCUMENTS**
   G.L. ANDERSON INSURANCE      )
16 SERVICES, INC; GARY L.       )
   ANDERSON, an Individual; and )
17 DOES 1-20, Inclusive,        )
                                )
18             Defendants.      )
                                )
19 _____)

20

21

22

23         Pursuant to the reasons set forth in the Stipulation to Extend Deadline to file

24 Dispositional Documents filed by Plaintiff Markel American Insurance Company

25 ("MAIC") and Defendants G. L. Anderson Insurance Services, Inc. and Gary L.

26 Anderson (collectively "Anderson") and good cause appearing therefor,

27 / / /

28 / / /

                                    1
              [PROPOSED] ORDER EXTENDING DEADLINE TO FILE
                      DISPOSITIONAL DOCUMENTS

1     **IT IS HEREBY ORDERED** that the MAIC and Anderson have until

2  December 15, 2010 to file dispositional documents.  All other aspects of this Court's

3  August 11, 2010 Order (Docket No. 43) remain unchanged.

4

5

6  DATED:  December 3, 2010

7

8                                          FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXTENDING DEADLINE TO FILE
DISPOSITIONAL DOCUMENTS