UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>G.L. ANDERSON INSURANCE SERVICES, INC; GARY L. ANDERSON, an Individual; and DOES 1-20, Inclusive,<br><br>          Defendants. | Case No. 2:08-CV-02769-FCD-GGH<br><br>[District Judge Frank C. Damrell Jr.]<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

Pursuant to the parties' concurrently filed Stipulation For Dismissal with Prejudice Pursuant to FRCP 41(a)(1) and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** the above-entitled matter is dismissed in its entirety with prejudice. Each party is to bear its/their own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: December 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE